UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:20CR00258 KGB |
| | ) | |
| | ) | |
| MARCUS DEWAYNE WALTON | ) | DEFENDANT |

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

Mr. Marcus Walton, the Defendant, by and through his attorney, KenDrell D. Collins, and for his Motion for Continuance, states:

1. This case is set for trial on Monday, January 19, 2021, at 9:30 a.m. This trial date is the first setting.

2. Defense counsel has not yet received the discovery in this case, and will need additional time to review this material privately and thoroughly with Mr. Walton when it is provided, pursue pretrial matters and, if necessary, prepare this case for trial.

3. Mr. Walton was just arraigned on November 17, 2020.

4. Under the 18 U.S.C. § 3161(h)(7)(B) factors, the requested continuance serves the ends of justice and outweighs the interest in a speedy trial. The trial date is approximately thirty-five (35) days away and failure to grant the continuance would deny counsel reasonable time for effective preparations. Accordingly, a miscarriage of justice would result in the absence of a continuance.

5.   Defense counsel respectfully requests that the Court grant a continuance in this case, and hereby certifies that this Motion is brought in good faith, and not for the purpose of delay or any other improper purpose.

6.   Assistant United States Attorney Erin O'Leary has indicated there is no opposition to Defendant's request that this case be continued.

WHEREFORE, Marcus Walton, the Defendant, respectfully requests that this Court grant his Motion for Continuance and for all other just and appropriate relief.

    Respectfully submitted,


    LISA G. PETERS
    FEDERAL DEFENDER

By:   KenDrell D. Collins
    Bar Number 2019040
    Assistant Federal Defender
    The Victory Building, Suite 490
    1401 West Capitol Avenue
    Little Rock, AR 72201
    (501) 324-6113
    E-mail: KenDrell_Collins@fd.org

For:  Marcus Walton, Defendant