# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                           Case No. 4:20-cr-00258-KGB-1

MARCUS DEWAYNE WALTON                                                 DEFENDANT

## ORDER OF DETENTION

Defendant appeared today with counsel for a bond hearing. The Government sought detention. Defendant requested that he be released to his mother, April Daniels, who would also serve as his third-party custodian.

The Court is concerned with Defendant's frequent criminal history, including new offenses committed while out on parole, instances of domestic violence, and absconding from his parole.

After testimony and argument, the Court finds by clear and convincing evidence that no conditions of release will reasonably assure the safety of the community or Defendant's appearance in court. Therefore, the Court denies Defendant's Motion for Bond (*Doc.* 19) and orders him detained pending his trial.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, if feasible. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 29th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE