UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:20CR00258 KGB |
| | ) | |
| | ) | |
| MARCUS DEWAYNE WALTON | ) | DEFENDANT |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

Mr. Marcus Walton, the Defendant, by and through his attorney, KenDrell D. Collins, and for his Motion for Continuance, states:

1.     This case is set for trial on Monday, August 23, 2021, at 9:30 a.m.

2.     Defense counsel has received discovery in this case but will need additional time to pursue additional pretrial matters and negotiations and, if necessary, prepare this case for trial.

3.     Under the 18 U.S.C. § 3161(h)(7)(B) factors, the requested continuance serves the ends of justice and outweighs the interest in a speedy trial. The trial date is approximately thirty-five (30) days away and failure to grant the continuance would deny counsel reasonable time for effective preparations. Accordingly, a miscarriage of justice would result in the absence of a continuance.

4.     Defense counsel respectfully requests that the Court grant a continuance in this case, and hereby certifies that this Motion is brought in good faith, and not for the purpose of delay or any other improper purpose.

5.     The United States has indicated there is no opposition to Defendant's request that this case be continued.

WHEREFORE, Marcus Walton, the Defendant, respectfully requests that this Court grant his Motion for Continuance and for all other just and appropriate relief.

Respectfully submitted,

LISA G. PETERS
FEDERAL DEFENDER

By:    <u>KenDrell D. Collins</u>
Bar Number 2019040
Assistant Federal Defender
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
(501) 324-6113
E-mail: KenDrell_Collins@fd.org

For:    Marcus Walton, Defendant