## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| United States of America | Plaintiff |
| v.     Case No.: 4:20–cr–00258–KGB | |
| Marcus Dewayne Walton | Defendant |

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for May 6, 2022, at 10:00 AM before Judge Kristine G. Baker in Little Rock Courtroom # 4D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** March 28, 2022

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

**By:** Tracy M. Washington, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas